AO 91 (Rev. 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 2 9 2019

David J. Bradley, Clerk

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA

V.

Alfredo Alberto Trejo

**CRIMINAL COMPLAINT**

Case Number:    M-19-0725 M

IAE          YOB:    1996
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **March 28, 2019** _____ in ___ **Hidalgo** ___ County, in

the _____ **Southern** _____ District of _____ **Texas** _____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___ **8** ___ United States Code, Section(s) ___ **1326** ___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alfredo Alberto Trejo was encountered by Border Patrol Agents near Mission, Texas on March 28, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 26, 2019 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 4, 2018 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 16, 2018 the Defendant was convicted of Smuggling of Person for monetary gain and convicted to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:  [ ] Yes  [X] No

_____
Signature of Complainant

Maria Guerrero          Senior Patrol Agent

March 29, 2019          3:43 pm

_____
Peter E. Ormsby          , U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer